UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,

v.

D-1 Usha Shah,
D-2 Deepak Shah,

                Defendants.
_____/

Criminal No. 12-20450
Hon. Robert H. Cleland

**STIPULATION TO AMEND PRELIMINARY ORDER OF FORFEITURE**

      WHEREAS, a Preliminary Order of Forfeiture was entered on April 6, 2016 forfeiting, among other property, $119,238.98 derived from Bank of America Cashier's Check # 9495518951 in the amount of $426,978.82 seized from Bank of America Account # 5092454536.  (Asset ID #12-FBI-005906) (Doc # 39);

      WHEREAS, the Preliminary Order of Forfeiture provided for the return of the remainder of the $426,978.82 to Defendant Usha Shah and her husband, Defendant Deepak Shah, jointly.

      WHEREAS, it has been discovered that the amount to be returned stated in the Preliminary Order of Forfeiture, through a clerical error, incorrectly states the

remaining amount to be $307,739.64, whereas the correct remaining amount is $307,739.84; now, therefore;

THE PARTIES AGREE that the correct amount of the asset to be returned pursuant to the Preliminary Order of Forfeiture is $307,739.84, and that the description of this asset to be returned should be corrected to read as follows:

$307,739.84 of the funds seized from Bank of America Account # 5092454536 (Asset ID #12-FBI-005906).

THE PARTIES AGREE FURTHER that upon entry of the accompanying order this stipulated correction shall be incorporated by reference into the April 6, 2016 Preliminary Order of Forfeiture, and that the April 6, 2016 Preliminary Order of Forfeiture shall remain the same in all other respects.

Approved for entry:

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| s/ PHILIP A. ROSS | s/ STEVEN F. FISHMAN (w/ consent) |
| PHILIP A. ROSS | STEVEN F. FISHMAN |
| Assistant United States Attorney | Attorney for Defendant Usha Shah |
| 211 W. Fort Street, Suite 2001 | 615 Griswold, Suite 1125 |
| Detroit, MI  48226-3211 | Detroit, MI  48226 |
| (313) 226-9790 | (313) 962-4090 |
| philip.ross@usdoj.gov | sfish66@yahoo.com |
| VA Bar No. 70269 | |
| | |
| Dated: June 17, 2016 | Dated: June 16, 2016 |
| | s/THOMAS W. CRANMER (w/ consent) |
| | Thomas W. Cranmer |
| | Attorney for Defendant Deepak Shah |
| | 840 W. Long Lake Road Suite 200 |
| | Troy, MI 48098-6358 |
| | Detroit, MI  48226 |
| | (248) 879-2000 |
| | cranmer@millercanfield.com |
| | |
| | Dated: June 16, 2016 |

IT IS SO ORDERED.

Dated:  June 27, 2016           s/Robert H. Cleland
                                HONORABLE ROBERT H. CLELAND
                                United States District Judge